UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| ROGER HULL, | CASE NO.  3:10-CV-0260-ECR-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: JANUARY 12, 2011 |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     FTR: <u>2:29:40 p.m. - 2:34:36 p.m.</u>

Counsel for Plaintiff(s): <u>ROGER HULL, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>CRYSTAL WILLIS (telephonically) </u>

PROCEEDINGS: **MOTION HEARING**

2:29 p.m. Court convenes.

The Court addresses the subject motions.

**Motion to Strike Portions of Plaintiff's Amended Complaint as Immaterial or, in the Alternative, Strike the Amended Complaint in its Entirety for Misjoinder (Docket #16)**

The Court finds that the proposed Amended Complaint (Docket #13) has nothing to do with the initial allegations in this case and is improper.  IT IS ORDERED that the Motion to Strike is GRANTED.  The Amended Complaint (Docket #13) is STRICKEN, but shall remain in the file. The case will proceed on the original complaint (Docket #6).

**Motion to Accept Service (Docket #14)**

Given the ruling with respect to the Motion to Strike, IT IS ORDERED that the Motion to Accept Service (Docket #14) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendants shall file their answer within **twenty (20) days**.

2:34 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: <u>/s/          </u>
Deputy Clerk