UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ROGER HULL, | ) | CASE NO.  3:10-CV-0260-ECR-RAM |
| | ) | |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATED: AUGUST 2, 2011 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER      FTR: 10:01:59 a.m. - 10:19:02 a.m.

Counsel for Plaintiff(s): ROGER HULL, In Pro Per (telephonically)

Counsel for Defendant(s): CRYSTAL WILLIS

PROCEEDINGS: **MOTION HEARING**

10:01 a.m. Court convenes.

The Court addresses the subject motions.

**Motion to Extend Time to Complete Discovery (Docket #39) and Motion to Compel Defendants to Answer Interrogatories (Docket #44)**

IT IS ORDERED that the Motion to Extend Time to Complete Discovery is DENIED.  The Motion to Compel is GRANTED.  Defendants shall respond to the served interrogatories within **two (2) weeks**.

**Motion for Leave to Serve Non-Party Eye Doctor with Admissions and Interrogatories (Docket #45)**

Plaintiff is advised that there is no provision in the Rules to serve a non-party to a case with discovery requests.  IT IS ORDERED that the Motion for Leave to Serve is DENIED.

**Motion to Compel Defendants to Produce Documents (Docket #46)**

Plaintiff is advised that when the need arises for him to review his medical records, he is to file a brief motion with the Court.  The Court outlines the subsequent procedure that will occur once that motion is filed.

Plaintiff asserts that his requests to review his I-File have been ignored.  Plaintiff is advised to

Page Two
Minutes
3:10-CV-0260-ECR-RAM (Hull v. State of Nevada, et al.)
August 2, 2011


submit another request to review said file.  The Court asks that Ms. Willis make a general inquiry into this matter.

With respect to the portion of the motion that deals with the sealed documents that Defendants have filed with the Court, IT IS ORDERED that Ms. Willis shall send said documents to Northern Nevada Correctional Center.  Plaintiff shall be given the opportunity to review these documents **within ten (10) days**.  Plaintiff shall tag those pages he wants copied, and copies shall be made and held for Mr. Hull.  Plaintiff shall then have **fifteen (15) days** to file a supplement to his Reply in Support of his Application for Preliminary Injunction (Docket #42).  The copies that were previously made may then be utilized to attach to said supplement.

The Motion to Compel is GRANTED to this extent.

**Defendants' Motion for Enlargement of Time to File Dispositive Motions (Docket #49)**

IT IS ORDERED that the Motion for Enlargement of Time is GRANTED.  Dispositive motions shall be filed no later than **September 9, 2011**.


10:19 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/

Deputy Clerk