UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| ROGER HULL, | CASE NO. 3:10-CV-0260-ECR-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: SEPTEMBER 30, 2011 |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER    FTR: 10:29:40 a.m. - 11:07:46 a.m.

Counsel for Plaintiff(s): ROGER HULL, In Pro Per (telephonically)

Counsel for Defendant(s): NATHAN HASTINGS

PROCEEDINGS: **MOTION HEARING**

10:29 a.m. Court convenes.

The Court addresses the subject motions.

**Motion to Compel (Docket #54)**

Some discussion occurs regarding Plaintiff's medical file, "overflow" medical file, and I-file. IT IS ORDERED that Plaintiff shall be given the opportunity to view his complete medical file, which includes the overflow file. Plaintiff shall tag those pages he wants copied, and copies shall be made and held at the prison law library for Mr. Hull. Plaintiff shall then have **fifteen (15) days** to file a second supplement to his Reply in Support of his Application for Preliminary Injunction (Docket #42), to which the copies may be attached. Plaintiff shall further be afforded an opportunity to view his I-file and tag those pages he wishes to be copied. Copies shall be made and held for the purpose of attaching to future pleadings. Plaintiff is advised that it is his obligation to ensure the desired copies are brought to the Court's attention. Defendants are under no obligation to provide those to the Court.

IT IS FURTHER ORDERED that Defendants shall have **ten (10) days** to file any supplement to the Motion for Summary Judgment (Docket #57) and/or Opposition to the Motion for Preliminary Injunction (Docket #33), to correct any misunderstanding, or to supplement any additional documents. Mr. Hastings provides the Court with a supplemental declaration of Karen Walsh, which addresses some of the points discussed. The pertinent portions of said declaration are read into the record by Mr. Hastings. The Court orders that the declaration be filed.

Page Two
Minutes
3:10-CV-0260-ECR-RAM (Hull v. State of Nevada, et al.)
September 30, 2011

**Motion to Stay Briefing Schedule on Defendant's Motion for Summary Judgment (Docket #61)**

IT IS ORDERED that the Motion to Stay is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall have up to and including **October 31, 2011** to file his opposition to the Motion for Summary Judgment (Docket #57).

---------------------------------------------

The Court encourages Mr. Hastings to contact the courtroom deputy, Jennifer Cotter (686-5758), if any issues arise which deter any of the activities ordered at this hearing.  A short status conference will be set if necessary.

11:07 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/

Deputy Clerk