## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROGER HULL, | ) | 3:10-cv-00260-ECR-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | August 27, 2012 |
| | ) | |
| STATE OF NEVADA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> Katie Lynn Ogden </u>   REPORTER: <u>                    FTR          </u>

COUNSEL FOR PLAINTIFF(S): <u> Roger Hull, In Pro Per (telephonically)               </u>

COUNSEL FOR DEFENDANT(S): <u> Nathan Hastings (telephonically)                  </u>

SPECIAL APPEARANCE:  <u> Sandra Snider (telephonically)                          </u>

**MINUTES OF PROCEEDINGS: MOTION HEARING**

The Court and parties confer regarding plaintiff's Motion to Enforce Settlement (Dkt. #95) and plaintiff's Motion for Sanctions (Dkt. #96).

Pursuant to the docket sheet, the court briefly reviews with the parities the current status of the case.  As reflected from the docket sheet,  on February 13, 2012, a Stipulation of Dismissal *with Prejudice* was signed and submitted by both plaintiff and defendants (Dkt. #93).  Subsequent to the stipulation being filed, District Judge Edward C. Reed, Jr., filed an order dismissing this case with prejudice (Dkt. #94).

In light of this case being dismissed with prejudice as of February 13, 2012, the court advises the parties that it no longer has any jurisdiction over the parties and claims raised in plaintiff's complaint (Dkt. #6).  Both plaintiff and Mr. Hastings acknowledge that the dismissal entered in this case terminated this action in its entirety.

**MINUTES OF PROCEEDINGS**
3:10-cv-00260-ECR-WGC
Date:  August 27, 2012
Page 2

Therefore, plaintiff's Motion to Enforce Settlement (Dkt. #95) and plaintiff's Motion for Sanctions (Dkt. #96) are **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
Katie Lynn Ogden, Deputy Clerk