UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROGER HULL, | 3:10-cv-00260-ECR-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, et. al., | |
| Defendants. | |

Before the court is Plaintiff's Motion for Writ of Execution and Assistance. (Doc. # 102.) In essence, Plaintiff asserts that Defendants are in breach of the settlement agreement entered into in this action.

A stipulation for dismissal of this action *with prejudice* was signed and submitted by the parties on February 13, 2012, and Judge Reed entered an order dismissing the action *with prejudice*. (Docs. # 93, # 94.) As the court advised Plaintiff in connection with his previous motion to enforce the settlement agreement (Doc. # 95) and motion for sanctions (Doc. # 96), the dismissal with prejudice of this action deprives the court of any jurisdiction over the parties and claims raised in the complaint filed in this action. (*See* Minutes at Doc. # 101.) This still holds true. Therefore, Plaintiff's Motion for Writ of Execution and Assistance (Doc. # 102) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

July 22, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE